# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER DIGMAN, | ) | NO. CV 08-3129 VAP (FMO) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DR. MORONG, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _April 23, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE